IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17–cr-30129-SMY-2 |
| | ) |
| LINVOL CUMMINGS, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Defendant Linvol Cummings' Motion for Early Termination of Supervised Release (Doc. 95). The United States Probation Office and the Government do not oppose or object to early termination of supervised release.

The Court, having been fully advised in the premises, hereby **GRANTS** the Motion. Accordingly, Defendant Linvol Cummings term of supervised release shall be **TERMINATED** effective October 30, 2020.

**IT IS SO ORDERED.**

**DATED:** October 30, 2020

*[signature]*

**STACI M. YANDLE**
**United States District Judge**